THE PORT OF NEW YORK AUTHORITY, PLAINTIFF-RESPONDENT, v. OTTO K. BAUMANN, *ET AL.*, DEFENDANTS, AND ELM LAND CO., INC., DEFENDANT-APPELLANT.

Submitted December 21, 1960—Decided January 23, 1961.

*Mr. Russell E. Watson* for plaintiff-respondent, The Port of New York Authority (*Mr. Robert S. Tobin,* of counsel).

*Mr. Nelson G. Gross* for defendant-appellant, Elm Land Co., Inc. (*Messrs. Gross and Gross,* attorneys).

PER CURIAM. The issues in this appeal, which was certified on our own motion prior to argument in the Appellate Division, are the same as those presented in *Port of New York Authority v. Heming and Cervieri,* 33 N. J. 144.

The parties having agreed that the determination in that case would be controlling, and our opinion affirming the judgment therein having been filed, the judgment herein is accordingly affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS and HALL—4.

*For reversal*—Justices PROCTOR and SCHETTINO—2.